[No. 59952-6-I.   Division One.   November 10, 2008.]

MIKEL HERNANDEZ ET AL., *Respondents*, v. KIM BRADY CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12084-9, Michael S. Spearman, J., entered March 28, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J.

[No. 60156-3-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN MARSHALL HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00347-3, David A. Kurtz, J., entered May 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60198-9-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNE DEE WELLS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00690-3, Susan K. Cook, J., entered June 14, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 60249-7-I.   Division One.   November 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA CAROL BENDER-LOYD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09342-5, Andrea A. Darvas, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.